UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 14, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**VERSUS**

**QUARLES JAMES HARRIS**

**CRIMINAL ACTION**

**NO. 25-89-SDD-SDJ**

This matter came on this day for *Re-Arraignment*.

PRESENT:   **Stephen R. Vick, Jr., Esq.**
Counsel for the Government

**Marci Blaize, Esq.**
Assistant Federal Public Defender

Courtroom Deputy calls the case.

Counsel make appearances.

Defendant is sworn and questioned by the Court.

Court explains the charges in the *Indictment* and consequences for pleading guilty.

Factual Basis is read into the record.

Court explains Sentencing.

The Defendant enters a plea of guilty to Count One, Two and Three of the *Indictment,* and the Court finds the plea to be knowing, voluntary, and intelligent and finds a factual basis for the plea and conviction. The Court also finds that the Defendant is satisfied with his representation and that he has received effective assistance of counsel.

The Court accepts the guilty plea and refers this matter to the United States Probation Office to begin preparation of a *Presentence Investigation Report*.

Defendant is remanded to the custody of the United States Marshal.

\* \* \* \* \*

Shannon Thompson/Reporter
cr9/30 mins.